**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1802**

JERRY BOWMAN,

        Plaintiff - Appellant,

    v.

BANK OF AMERICA NA, d/b/a Bank of America Home Loans,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Chief District Judge.  (3:13-cv-03436-TLW)

Submitted:  February 16, 2017     Decided:  February 21, 2017

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jerry Bowman, Appellant Pro Se.  Robert Ashley Muckenfuss, Elizabeth Marion Zwickert Timmermans, MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Bowman appeals the district court's orders denying relief on his civil action in which he claimed the Defendant discriminated against him based on his disability while considering him for a mortgage loan modification under the Home Affordable Modification Program (HAMP), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant Bowman leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Bowman v. Bank of Am. NA, No. 3:13-cv-03436-TLW (D.S.C. June 16, 2016 & Oct. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED